34286. CENTURY BUILDERS, INC. et al. v. CARTER et al.

PER CURIAM.

The order denying appellants' motion for summary judgment was certified by the trial court, but no application was made in accordance with Code Ann. § 6-701 (a) 2. Accordingly, the appeal must be and is hereby dismissed. Code Ann. § 81A-156 (h); *Ga. Central Credit Union v. Cole,* 239 Ga. 870 (239 SE2d 37) (1977).

*Appeal dismissed. All the Justices concur.*

SUBMITTED DECEMBER 1, 1978 — DECIDED JANUARY 5, 1979.

*William N. Robinson, James K. Knight, Jr.,* for appellants.

*Brown & Hough, Thomas J. Hough, Jr.,* for appellees.